# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

VICTOR M. BETANCOURT-ALGARIN,

              Plaintiff,                        20 **CIVIL** 9327 (GBD) (BCM)

       -v-                                  **JUDGMENT**

KILOLO KIJAZAKI,
COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated August 30, 2022, that the Plaintiff's motion for summary judgment is GRANTED. Defendant's motion for judgment on the pleadings is DENIED. The ALJ's decision is reversed and the matter is REMANDED for further proceedings consistent with this court's opinion.

**Dated:** New York, New York
           August 31, 2022

                                                         **RUBY J. KRAJICK**

                                                         _____
                                                          **Clerk of Court**

                       **BY**

                                                          _____
                                                          **Deputy Clerk**